## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| NUMIC TECHNOLOGY, LLC, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 2:16-cv-00078-RWS |
| | § | **LEAD PATENT CASE** |
| ZTE (USA) INC., | § | |
| Defendant. | § | |

| | | |
|---|---|---|
| NUMIC TECHNOLOGY, LLC, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 2:16-cv-00081-RWS |
| | § | PATENT CASE |
| TCT MOBILE (US) INC. D/B/A, | § | |
| ALCATEL ONE TOUCH, and | § | |
| TCT MOBILE INC. D/B/A ALCATEL | § | |
| ONE TOUCH | § | |
| Defendants. | § | |

### ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES

Before the Court is Plaintiff Numic Technology, LLC, and Defendants TCT Mobile (US) Inc. d/b/a Alcatel One Touch and TCT Mobile Inc. d/b/a Alcatel One Touch's Sealed Joint Motion to Stay All Deadlines and Notice of Settlement. The Court, having considered the Joint Motion, is of the opinion that the motion should be **GRANTED**.

It is therefore **ORDERED** that all pending deadlines in the above-captioned case between Plaintiff Numic Technology, LLC and Defendants TCT Mobile (US) Inc. d/b/a Alcatel One Touch and TCT Mobile Inc. d/b/a Alcatel One Touch are stayed for forty-five (45) days from the date the Joint Motion was filed.

**SIGNED this 26th day of January, 2017.**

*Robert W Schroeder*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE