# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NUMIC TECHNOLOGY, LLC, | § | |
|     Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 2:16-cv-00078-RWS |
| | § | **LEAD PATENT CASE** |
| ZTE (USA) INC., | § | |
|     Defendant. | § | |

| | | |
|---|---|---|
| NUMIC TECHNOLOGY, LLC, | § | |
|     Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 2:16-cv-00081-RWS |
| | § | PATENT CASE |
| TCT MOBILE (US) INC. D/B/A, | § | |
| ALCATEL ONE TOUCH AND | § | |
| TCT MOBILE INC. D/B/A ALCATEL | § | |
| ONE TOUCH | § | |
|     Defendants. | § | |

## ORDER OF DISMISSAL OF TCT MOBILE (US) D/B/A ALCATEL ONE TOUCH AND TCT MOBILE INC. D/B/A ALCATEL ONE TOUCH

Before the Court is the Motion to Dismiss TCT Mobile (US) Inc. d/b/a Alcatel One Touch and TCT Mobile Inc. d/b/a Alcatel One Touch (referred to as "TCT") submitted by Plaintiff, Numic Technology, LLC and Defendant TCT. Plaintiff and TCT have requested that the Court dismiss Plaintiff's claims for relief against TCT with prejudice and TCT's claims, defenses and/or counterclaims for relief against Plaintiff with prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

**IT IS THEREFORE ORDERED** that Plaintiff's claims for relief against TCT are dismissed with prejudice and TCT's claims, defenses and/or counterclaims for relief against Plaintiff are dismissed with prejudice.

**IT IS FURTHER ORDERED** that all attorneys' fees, costs of court and expenses shall be borne by each party incurring same.

**SIGNED this 30th day of May, 2017.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE